```
KRESTA NORA DALY, State Bar #199689
ROTHSCHILD WISHEK & SANDS LLP
901 F Street, Suite 200
Sacramento, CA 95814
(916) 444-9845

Attorneys for Defendant
BEVERLY BENFORD
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: Cr-S-07-0101-LKK |
| Plaintiff, | ) ORDER EXCLUDING TIME |
| v. | ) |
| BEVERLY BENFORD, | ) |
| Defendant. | ) |

Time beginning May 22, 2007 and extending through July 31, 2007 is ordered excluded from the calculation of time under the Speedy Trial Act. The ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. 3161(h)(8)(B)(iv). Specifically, counsel needs additional time to review the discovery that has been provided in this matter. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(8)(A). The

///

///

defendant is aware of this request and agrees it is necessary and appropriate.

Dated:  May 22, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT