```
McGREGOR W. SCOTT
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2724
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR NO. S-07-0101 LKK |
|---|---|---|
| Plaintiff, | ) | ORDER CONTINUING STATUS CONFERENCE AND FINDING EXCLUDABLE TIME |
| v. | ) | |
| BEVERLY BENFORD, | ) | |
| Defendant. | ) | |

This matter came on regularly for Status Conference on April 17, 2007, in the courtroom of the Honorable Lawrence K. Karlton. Kresta Daly appeared on behalf of the defendant, Beverly Benford, who was personally present. Assistant U.S. Attorney Mary L. Grad appeared on behalf of the United States.

Upon motion of the defendant, the Court continued the next status conference in this case to May 22, 2007 at 9:30 a.m. The government is providing additional discovery to the defendant which will need to be reviewed by defense counsel. The continuance is necessary for counsel adequately to review the discovery provided by the government, go over the discovery with her client and to conduct further investigation in the case. Thus, the requested continuance is for effective and diligent preparation of counsel.

////

1  The Court finds that the interests of justice served by
2 granting this continuance outweigh the best interests of the
3 public and the defendant in a speedy trial, 18 U.S.C. §§ 3161
4 (h)(8)(B)(iv) (local code T-4) and time, therefore, will be excluded
5 from April 17, 2007 through May 22, 2007.
6 DATE: May 29, 2007

```
                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```