KRESTA NORA DALY, SBN 199689
Rothschild Wishek & Sands, LLP
901 F Street, Suite 200
Sacramento, CA 95814

Attorney for Beverly Benford

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: Cr-S-07-0101-LKK |
| Plaintiff, | ) STIPULATION AND ORDER |
| v. | ) DATE: July 31, 2007 |
| | ) TIME: 9:00 a.m. |
| BEVERLY BENFORD, | ) JUDGE: Honorable Lawrence K. Karlton |
| Defendants. | ) |

It is hereby stipulated and agreed to between the United States of America through JASON HITT and STEVE LAPHAM, Assistant U.S. Attorneys, and defendant, BEVERLY BENFORD, through her counsel, KRESTA DALY, that the status conference of July 31, 2007 be vacated and that a status conference be set for September 11, 2007 at 9:00 a.m.

This continuance is being requested because defense counsel recently received a significant amount of discovery. Defense counsel requires additional time to review the discovery and discuss it with her client.

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference

set for July 31, 2007 pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED:   July 30, 2007          Respectfully submitted,

                                McGREGOR SCOTT
                                United States Attorney


                                 s/Kresta Daly
                                KRESTA DALY
                                Assistant Federal Defender


                                McGREGOR SCOTT
                                United States Attorney


                                 s/Kresta Daly
DATED:   July 30, 2007          Jason Hitt
                                Assistant U.S. Attorney


                                McGREGOR SCOTT
                                United States Attorney


                                 s/Kresta Daly
DATED:   July 30, 2007          Steve Lapham
                                Assistant Federal Defender


                        **O R D E R**

   **IT IS SO ORDERED.**

DATED: July 30, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2