```
1  KRESTA NORA DALY, SBN 199689
   Rothschild Wishek & Sands, LLP
2  901 F Street, Suite 200
3  Sacramento, CA 95814

4  Attorney for Beverly Benford
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: Cr-S-07-0101-LKK |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| v. | ) DATE: July 31, 2007 |
|  | ) TIME: 9:00 a.m. |
| BEVERLY BENFORD, | ) JUDGE: Honorable Lawrence K. Karlton |
| Defendants. | ) |

It is hereby stipulated and agreed to between the United States of America through JASON HITT and STEVE LAPHAM, Assistant U.S. Attorneys, and defendant, BEVERLY BENFORD, through her counsel, KRESTA DALY, that the status conference of September 11, 2007 be vacated and that a status conference be set for October 23, 2007 at 9:00 a.m.

This continuance is being requested because defense counsel recently received a significant amount of discovery. Defense counsel requires additional time to review the discovery and discuss it with her client.

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference

set for September 11, 2007 pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: September 6, 2007        Respectfully submitted,

                                McGREGOR SCOTT
                                United States Attorney


                                 s/Kresta Daly
                                KRESTA DALY
                                Assistant Federal Defender


                                McGREGOR SCOTT
                                United States Attorney


                                 s/Kresta Daly
DATED: September 6, 2007        Jason Hitt
                                Assistant U.S. Attorney


                                McGREGOR SCOTT
                                United States Attorney


                                 s/Kresta Daly
DATED: September 6, 2007        Steve Lapham
                                Assistant Federal Defender


**O R D E R**

**IT IS SO ORDERED.**

DATED: September 10, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT