1  KRESTA NORA DALY, SBN 199689
   Rothschild Wishek & Sands, LLP
2  901 F Street, Suite 200
3  Sacramento, CA 95814

4  Attorney for Beverly Benford

8           IN THE UNITED STATES DISTRICT COURT
9           FOR THE EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,         ) Case No.: Cr-S-07-0101-LKK
                                     )
12         Plaintiff,                ) STIPULATION AND ORDER
                                     )
13    v.                             ) DATE: October 23, 2007
                                     ) TIME: 9:30 a.m.
14 BEVERLY BENFORD,                  ) JUDGE: Honorable Lawrence K.
                                     )        Karlton
15         Defendants.               )
16 ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯)

17      It is hereby stipulated and agreed to between the United
18 States of America through STEVE LAPHAM, Assistant U.S.
19 Attorneys, and defendant, BEVERLY BENFORD, through her counsel,
20 KRESTA DALY, that the status conference of October 23, 2007 be
21 vacated and that a status conference be set for November 27,
22 2007 at 9:30 a.m.
23      This continuance is being requested because the discovery
24 in this case is voluminous and has required a substantial amount
25 of time for defense counsel to review the discovery.
26 Additionally the parties are actively engaged in efforts to
27 resolve this matter.
28

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for October 23, 2007 pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: October 18, 2007        Respectfully submitted,

                                    s/Kresta Daly
                                    KRESTA DALY
                                    Attorney for Beverly Benford

                                    s/Kresta Daly
DATED: October 18, 2007        Steve Lapham
                                    Assistant United States Attorney

**O R D E R**

**IT IS SO ORDERED.**

DATED: October 22, 2007

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT