KRESTA NORA DALY, SBN 199689
Rothschild Wishek & Sands, LLP
901 F Street, Suite 200
Sacramento, CA 95814

Attorney for Beverly Benford

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: Cr-S-07-0101-LKK |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) |
| v. | ) DATE:  November 27, 2007 |
| | ) TIME:  9:30 a.m. |
| BEVERLY BENFORD, | ) JUDGE: Honorable Lawrence K. |
| | )        Karlton |
| Defendants. | ) |

It is hereby stipulated and agreed to between the United States of America through STEVE LAPHAM, Assistant U.S. Attorneys, and defendant, BEVERLY BENFORD, through her counsel, KRESTA DALY, that the status conference of November 27, 2007 be vacated and that a status conference be set for January 23, 2008 at 9:30 a.m.

This continuance is being requested because the discovery in this case is voluminous and has required a substantial amount of time for defense counsel to review the discovery. Additionally the parties are actively engaged in efforts to resolve this matter.

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for January 23, 2008 pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: November 19, 2007    Respectfully submitted,


    s/Kresta Daly_____
KRESTA DALY
Attorney for Beverly Benford


    s/Kresta Daly_____
DATED: November 19, 2007    Steve Lapham
Assistant United States Attorney


**O R D E R**

**IT IS SO ORDERED.**

DATED: November 19, 2007

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2