McGREGOR W. SCOTT
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2724

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CR NO. S-07-0101 LKK |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| BEVERLY BENFORD, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

It is hereby stipulated and agreed by the parties, subject to the approval of the court, that the Status Conference currently scheduled for February 26, 2008, in the courtroom of the Honorable Lawrence K. Karlton, may be continued to March 11, 2008.  This continuance is necessary to permit the parties additional time to resolve the matter.

It is further stipulated and agreed by the parties that the interests of justice served by granting this continuance outweigh the interest of the public and the defendant in a speedy trial and that time may therefore be excluded under the Speedy Trial Act

////

////

////

1

pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) (local code T-4) from February 26, 2008 through March 11, 2008.

DATED:_____

                                        McGREGOR W. SCOTT
                                        United States Attorney

                               By: s/R. Steven Lapham
                                 R. STEVEN LAPHAM
                                 Assistant U.S. Attorney

DATED:_____     s/Krest Daly
                                      KRESTA DALY
                                      Attormey for Beverly Benford

<u>ORDER</u>

IT IS SO ORDERED.

DATE: February 22, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2