1  KRESTA NORA DALY, SBN 199689
   Rothschild Wishek & Sands, LLP
2  901 F Street, Suite 200
3  Sacramento, CA 95814

4  Attorney for Beverly Benford

8              IN THE UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,         ) Case No.: Cr-S-07-0101-LKK
                                     )
12         Plaintiff,                ) STIPULATION AND ORDER
                                     )
13     v.                            ) DATE:  March 11, 2008
                                     ) TIME:  9:30 a.m.
14 BEVERLY BENFORD,                  ) JUDGE: Honorable Lawrence K.
                                     )        Karlton
15         Defendants.               )
                                     )

   It is hereby stipulated and agreed to between the United States of America through STEVE LAPHAM, Assistant U.S. Attorneys, and defendant, BEVERLY BENFORD, through her counsel, KRESTA DALY, that the status conference of March 11, 2008 be vacated and that a status conference be set for April 1, 2008 at 9:30 a.m.

   This continuance is being requested because the discovery in this case is voluminous and has required a substantial amount of time for defense counsel to review the discovery. Additionally the parties are actively engaged in efforts to resolve this matter.

1

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for April 1, 2008 pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED:  March 6, 2008        Respectfully submitted,


                              s/Kresta Daly_____
                              KRESTA DALY
                              Attorney for Beverly Benford



                              s/Kresta Daly_____
DATED:  March 6, 2008         Steve Lapham
                              Assistant United States Attorney



**O R D E R**

**IT IS SO ORDERED.**

DATED: March 7, 3008

                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT

2