KRESTA NORA DALY, SBN 199689
Rothschild Wishek & Sands, LLP
901 F Street, Suite 200
Sacramento, CA 95814

Attorney for Beverly Benford

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: Cr-S-07-0101-LKK |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| v. | ) DATE:  April 1, 2008 |
|  | ) TIME:  9:30 a.m. |
| BEVERLY BENFORD, | ) JUDGE: Honorable Lawrence K. |
|  | )        Karlton |
| Defendants. | ) |

It is hereby stipulated and agreed to between the United States of America through STEVE LAPHAM, Assistant U.S. Attorneys, and defendant, BEVERLY BENFORD, through her counsel, KRESTA DALY, that the status conference of April 1, 2008 be vacated and that a status conference be set for April 29, 2008 at 9:30 a.m.

This continuance is being requested because the discovery in this case is voluminous and has required a substantial amount of time for defense counsel to review the discovery. Additionally the parties are actively engaged in efforts to resolve this matter.

1

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for April 29, 2008 pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED:  March 28, 2008          Respectfully submitted,


                                 s/Kresta Daly
                                 KRESTA DALY
                                 Attorney for Beverly Benford



                                 s/Kresta Daly
DATED:  March 28, 2008           Steve Lapham
                                 Assistant United States Attorney



**O R D E R**

   IT IS SO ORDERED.

DATED: March 31, 2008


                                 LAWRENCE K. KARLTON
                                 SENIOR JUDGE
                                 UNITED STATES DISTRICT COURT

2