1  KRESTA NORA DALY, SBN 199689
Rothschild Wishek & Sands, LLP
2  901 F Street, Suite 200
Sacramento, CA 95814
3

4  Attorney for Beverly Benford

5

6

7

8                 IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        ) Case No.: Cr-S-07-0101-LKK
                                     )
12           Plaintiff,              ) STIPULATION AND ORDER
                                     )
13      v.                           ) DATE:  April 29, 2008
                                     ) TIME:  9:30 a.m.
14  BEVERLY BENFORD,                 ) JUDGE: Honorable Lawrence K.
                                     )        Karlton
15           Defendants.             )
   ┌─────────────────────────────── )
16

17       It is hereby stipulated and agreed to between the United

18  States of America through STEVE LAPHAM, Assistant U.S.

19  Attorneys, and defendant, BEVERLY BENFORD, through her counsel,

20  KRESTA DALY, that the status conference of April 29, 2008 be

21  vacated and that a status conference be set for May 20, 2008 at

22  9:30 a.m.

23       This continuance is being requested because the discovery

24  in this case is voluminous and has required a substantial amount

25  of time for defense counsel to review the discovery.

26  Additionally the parties are actively engaged in efforts to

27  resolve this matter.

28

                                  1

1    The parties request that speedy trial time be excluded from

2 the date of this order through the date of the status conference

3 set for May 20, 2008 pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv)

4 [reasonable time to prepare] (Local Code T4).

5 DATED:  April 24, 2008          Respectfully submitted,

6

7                                 s/Kresta Daly
                                  KRESTA DALY
8                                 Attorney for Beverly Benford

9

10

11                                 s/Kresta Daly
12 DATED:  April 24, 2008          Steve Lapham
                                  Assistant United States Attorney
13

14

15                          **O R D E R**

16
     **IT IS SO ORDERED.**
17
   DATED: April 28, 2008
18
                            LAWRENCE K. KARLTON
19                          SENIOR JUDGE
                            UNITED STATES DISTRICT COURT
20

21

22

23

24

25

26

27

28