KRESTA NORA DALY, SBN 199689
Rothschild Wishek & Sands, LLP
901 F Street, Suite 200
Sacramento, CA 95814

Attorney for Beverly Benford

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: Cr-S-07-0101-LKK |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| v. | ) DATE:  May 20, 2008 |
| | ) TIME:  9:30 a.m. |
| BEVERLY BENFORD, | ) JUDGE: Honorable Lawrence K. Karlton |
| Defendants. | ) |

    It is hereby stipulated and agreed to between the United States of America through STEVE LAPHAM, Assistant U.S. Attorneys, and defendant, BEVERLY BENFORD, through her counsel, KRESTA DALY, that the status conference of May 20, 2008 be vacated and that a status conference be set for June 10, 2008 at 9:30 a.m.

    This continuance is being requested because the discovery in this case is voluminous and has required a substantial amount of time for defense counsel to review the discovery. Additionally the parties are actively engaged in efforts to resolve this matter.

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for June 10, 2008 pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED:  May 19, 2008         Respectfully submitted,


                             s/Kresta Daly
                             KRESTA DALY
                             Attorney for Beverly Benford



                              s/Kresta Daly
DATED:  May 19, 2008         Steve Lapham
                             Assistant United States Attorney


**O R D E R**

**IT IS SO ORDERED.**

DATED: May 19, 2008

                             LAWRENCE K. KARLTON
                             SENIOR JUDGE
                             UNITED STATES DISTRICT COURT