1  KRESTA NORA DALY, SBN 199689
   Rothschild Wishek & Sands, LLP
2  901 F Street, Suite 200
3  Sacramento, CA 95814

4  Attorney for Beverly Benford

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,         ) Case No.: Cr-S-07-0101-LKK
                                     )
12          Plaintiff,                ) STIPULATION AND ORDER
                                     )
13     v.                             ) DATE:  October 7, 2008
                                     ) TIME:  9:30 a.m.
14 BEVERLY BENFORD,                  ) JUDGE: Honorable Lawrence K.
                                     )        Karlton
15          Defendants.               )
16 ─────────────────────────────────)

17     It is hereby stipulated and agreed to between the United

18 States of America through STEVE LAPHAM, Assistant U.S.

19 Attorneys, and defendant, BEVERLY BENFORD, through her counsel,

20 KRESTA DALY, that the sentencing currently scheduled for October

21 7, 2008 at 9:320 a.m. be re-scheduled for October 28, 2008 at

22 9:30 a.m.

23 DATED:  August 27, 2008       Respectfully submitted,

24

25                                   s/Kresta Daly
                                     KRESTA DALY
26                                   Attorney for Beverly Benford

27

28

                                    1

```
DATED:   August 27, 2008          s/Kresta Daly
                                  Steve Lapham
                                  Assistant United States Attorney
```

**O R D E R**

**IT IS SO ORDERED.**

DATED: August 29, 2008

```
                          /s/ Lawrence K. Karlton
                          LAWRENCE K. KARLTON
                          SENIOR JUDGE
                          UNITED STATES DISTRICT COURT
```