UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CR. S-07-0101 LKK

    Plaintiff,

  v.                             O R D E R

BEVERLY BENFORD,

    Defendant.
                                        /

    The court is in receipt of defendant's Motion to Withdraw Plea. The defendant's Motion is DENIED for the reasons set forth in the Government's opposition.

    IT IS SO ORDERED.

    DATED: August 27, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1